UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GARY DIAZ,

    Plaintiff,

v.

UNIQUE MANAGEMENT SERVICES, INC.,

    Defendant.

Case No. 2:11-CV-01680-KJD-VCF

**ORDER**

    Presently before the Court is the Report and Recommendation (#2) of Magistrate Judge Cam Ferenbach entered November 1, 2011 recommending that Plaintiff's Application to Proceed *In Forma Pauperis* (#1) be denied. Plaintiff filed timely Objections (#2) to the report and recommendation. Plaintiff does not dispute that the report and recommendation was correct based on the information supplied by Plaintiff. Instead, Plaintiff asserts that his financial situation has changed. Therefore, the Court affirms and adopts the report and recommendation of the magistrate judge entered on November 1, 2011. Plaintiff shall pay the full filing fee or submit a new application to proceed *in forma pauperis* no later than February 8, 2012. Failure to do so will result in Plaintiff's complaint being dismissed.

1       Accordingly, IT IS HEREBY ORDERED that the Court **ADOPTS and AFFIRMS** the

2 Report and Recommendation (#2) of Magistrate Judge Cam Ferenbach entered November 1, 2011;

3       IT IS FURTHER ORDERED that Plaintiff's Application to Proceed *In Forma Pauperis* (#1)

4 is **DENIED**;

5       IT IS FURTHER ORDERED that Plaintiff pay the full filing fee or file a new Application to

6 Proceed *In Forma Pauperis* no later than February 8, 2012.

7       DATED this 24th day of January 2012.

                                        Kent J. Dawson
                                        United States District Judge