UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

GARY DIAZ,

          Plaintiff,

vs.

UNIQUE MANAGEMENT SERVICES, INC.,

          Defendant.

2:11-cv-01680-KJD-VCF

**ORDER**

      The Court has reviewed Defendant's Motion for Leave to Appear Telephonically (#11). Plaintiff Gary Diaz needs not to respond to Defendant's Motion for Leave to Appear Telephonically.

      IT IS HEREBY ORDERED that Defendant's Motion for Leave to Appear Telephonically (#11) is Granted. For the Defendant, the number to call in on March 2, 2012 is (702)868-4911, passcode 123456#.

      DATED this 22nd day of February, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE