**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| GARY DIAZ, | |
| Plaintiff, | 2:11-cv-01680-KJD-VCF |
| vs. | **ORDER** |
| UNIQUE MANAGEMENT SERVICES, INC., | |
| Defendant. | |

The Court has reviewed Defendant's Motion for Leave to Appear Telephonically (#11). Plaintiff Gary Diaz needs not to respond to Defendant's Motion for Leave to Appear Telephonically.

IT IS HEREBY ORDERED that Defendant's Motion for Leave to Appear Telephonically (#11) is Granted. For the Defendant, the number to call in on March 2, 2012 is (702)868-4911, passcode 123456#.

DATED this 22nd day of February, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE